HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND LEO JARLIK BELL,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C13-5609 RBL<br><br>ORDER DISMISSING PETITION WITHOUT PREJUDICE |

THIS MATTER is before the court on its own Motion. Petitioner Raymond Leo Jarlick Bell has filed a petition for writ habeas corpus, purportedly under 28 U.S.C. §2241 [Dkt. #1]. The Petition lists a variety of bases, all of which could be appealed, and which presumably *are* the subject of the Petitioner's current appeal of his conviction and sentence. [*See* Dkt. # 268]

The Petition claims primarily that Petitioner is "actually innocent." His Petition is properly characterized as a §2255 petition.

Absent extraordinary circumstances not present here, this Court should not consider a collateral attack on a judgment while a direct appeal is pending. *See Feldman v. Henman*, 815 F.2d 1318, 1320 (9th Cir. 1987), *cert. denied* 503 U.S. 795 (1992); *United States v. Pirro*, 104 F.3d 297 299 (9th Cir. 1997).

1 | The Petition is DISMISSED WITHOUT PREJUDICE. Petitioner may re-file, if
2 | necessary, after the conclusion of his direct appeal.
3 | IT IS SO ORDERED.
4 | Dated this 13th day of September, 2013.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE


1. The Petition is DISMISSED WITHOUT PREJUDICE. Petitioner may re-file, if necessary, after the conclusion of his direct appeal.

2. IT IS SO ORDERED.

3. Dated this 13th day of September, 2013.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE